Form 3A
(10/05)

# United States Bankruptcy Court

#### District Of _____ Illinois _____

In re _JO ANN M. COSBY WEAVER_   Case No. _08-10573_
_____Debtor_____

Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274_ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

$ _68 50_   Check one ☐  With the filing of the petition, or
                    ☐  On or before _MAY 5, 2008_

$ _68 50_   on or before _MAY 20, 2008_

$ _68 50_   on or before _MAY 30, 2008_

$ _68 50_   on or before _JUNE 16, 2008_

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_PRO SE_ _____   _Jo Ann M. Weaver_  _4/28/08_
Signature of Attorney        Date        Signature of Debtor               Date
                                        (In a joint case, both spouses must sign.)

_____
Name of Attorney

                                        _____
                                        Signature of Joint Debtor (if any)         Date

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 28 2008
KENNETH S. GARDNER, CLERK
PER REP, - EG

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of _____ Illinois

In re Jo Ann Weaver _____,
      Debtor

Case No. 08-10573

Chapter 13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐      IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐      IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____      Check one  ☐   With the filing of the petition, or
                                  ☐   On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐      IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Date: April 28, 2008

_____

Kenneth S. Gardner, Clerk of the Court